JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANITA THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No.: 8:21-cv-01171-CJC-KES<br><br>Assigned for all purposes to:<br>Hon. Cormac J. Carney<br><br>**ORDER**<br><br>Complaint filed: January 25, 2021 |

### ORDER

Upon consideration of the parties' Joint Stipulation and Order for Dismissal, **IT IS HEREBY ORDERED:**

This case is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**SO ORDERED.**

Dated: April 22, 2022

　　　　　　　　　　　　　　　　　　*/s/ Cormac J. Carney*
　　　　　　　　　　　　　　　　　　United States District Judge